THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee; *v.* DONALD DILLARD BROWN, Defendant-Appellant.

(No. 71-287;

Fifth District—June 29, 1973.

PER CURIAM.

Paul Bradley, of Defender Project, of Chicago, (Kenneth L. Jones, of counsel,) for appellant.

William J. Scott, Attorney General, of Springfield, and Byron L. Connell, State's Attorney, of Mound City, (Thomas J. Immel, Assistant Attorney General, of counsel,) for the People.